AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Wisconsin

| | |
|---|---|
| Sahro Dahir Mohamud, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 22cv195 |
| U.S. Department of Homeland Security, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants                                                                                           .

Date: 04/26/2022

/s/ James J. Wen
*Attorney's signature*

James J. Wen, NY #5422126
*Printed name and bar number*

United States Department of Justice
Civil Division - Office of Immigration Litigation - DCS
P.O. Box 868 Ben Franklin Station
Washington, D.C. 20044
*Address*

james.j.wen@usdoj.gov
*E-mail address*

(202) 532-4142
*Telephone number*

(202) 305-7000
*FAX number*